Patrick M. Lynch
State Bar Number State Bar #24065655
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan St. Suite 1800
Dallas, TX 75201
(214) 880-1864 (Telephone)
(214) 871-2111 (Telefax)
Email: plynch@qslwm.com

Attorney For Ally Bank

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS (FT. WORTH)**

| | |
|---|---|
| **IN RE:**<br>Louis Aaron Van Den Brande<br>AKA: Jake Van Den Brande and<br>Miranda Roxanne Van Den Brande<br>**Debtor(s)** | **Case No.** 25-42378-MXM7 |
| Ally Bank,<br>**Movant**<br><br>v.<br><br>Louis Aaron Van Den Brande and<br>Miranda Roxanne Van Den Brande   **Debtor(s)**<br><br>Laurie Dahl Rea       **Chapter 7 Trustee**<br><br>**Respondent(s)** | **Chapter** 7<br>Hearing on Motion to lift Automatic Stay :<br>August 28, 2025<br>9:30 A.M. |

**ALLY BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: 2020
Chevrolet Comm Medium Duty Cargo Van 2500 Cargo Van 135", VIN #
1GCWGAFP7L1275508 (THE "COLLATERAL")**

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(B), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., RM. 147, FORT WORTH, TX 76102-3643, BEFORE CLOSE OF BUSINESS ON AUGUST 13, 2025, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW,** Ally Bank ("Movant"), complaining of Louis Aaron Van Den Brande and Miranda Roxanne Van Den Brande ("Debtors") and files this Motion for Relief from Stay, and alleges as follows:

1. This United States Bankruptcy Court for the Northern District of Texas has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 362. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (G), and (O).

2. On June 30, 2025, Debtors filed a voluntary bankruptcy petition under Chapter 7 of Title 11 of the United States Code.

3. Movant holds a security interest in the vehicle of Debtors identified as a 2020 Chevrolet Comm Medium Duty Cargo Van 2500 Cargo Van 135", V.I.N. # 1GCWGAFP7L1275508 (the "Collateral"). Copies of the Retail Installment Contract and proof of the certificate of title are attached to the Affidavit as Exhibits "A" and "B," respectively.

4. As of filing of the Motion, Debtors owe a Contract balance to Movant of $15,754.80.

5. The monthly payments are $623.17, due on the 29th day of each month.

6. Debtors are in default. The account was due for the November 29, 2024, payment and all payments due since that time. Additionally, there are unpaid repossession charges in the amount of $0.00, late charges in the amount of $31.16, and other charges in the amount of $0.00. A copy of the payment history is attached to the Affidavit as Exhibit "D."

7. The estimated replacement value a retail merchant would charge for the Collateral is $20,175.00. A copy of the vehicle valuation is attached to the Affidavit as Exhibit "C."

8. The Creditor is not listed in the Statement of Intention.

9. On information and belief, Debtors may not have the Collateral insured with full coverage insurance listing Movant as loss payee. Movant demands proof of and maintenance of full coverage insurance of the Collateral showing Movant as a loss payee.

10. Cause to lift the stay exists because Movant's interest in the Collateral is not adequately protected

pursuant to 11 U.S.C. § 362(d)(1). Movant has not been provided proof of insurance and the value of the Collateral continues to decline.

11. Cause to lift the stay exists under 11 U.S.C. § 362(d)(1) because Debtors have defaulted on payments owed to Movant and the Collateral continues to depreciate in value.

12. Continuation of the automatic stay pursuant to 11 U.S.C. § 362(a) will work real and irreparable harm to Movant and may deprive Movant of the adequate protection to which they are entitled under 11 U.S.C. §§ 361 and/or 362.

13. Movant asks the Court to waive the 14-day stay under Rule 4001(a)(4) for any order granting relief from the automatic stay because the value of the Collateral continues to depreciate.

WHEREFORE, Movant asks the Court to enter an order granting relief from the automatic stay imposed pursuant to 11 U.S.C. § 362 and waiving the 14-day stay of such order under Rule 4001(a)(4). Movant also asks that any order granted under this motion shall remain in effect in the event that this case is converted to another bankruptcy chapter. Movant asks for such other and further relief to which it is justly entitled.

Respectfully submitted:

Quilling, Selander, Lownds, Winslett & Moser, P.C.

*/s/ Patrick M. Lynch*
Patrick M. Lynch
State Bar #24065655
2001 Bryan St. Suite 1800
Dallas, TX 75201
Telephone: (214) 880-1864
Fax: (214) 871-2111
plynch@qslwm.com

Attorney For Movant, Ally Bank

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on July 28, 2025, at 03:05 PM, my office sent an email to counsel for the Debtors concerning this Motion and no response was received.

*/s/ Patrick M. Lynch*

**CERTIFICATE OF SERVICE**

    I certify that on July 30, 2025, I caused to be served a true and correct copy of the foregoing Motion for Relief from Stay by electronic mail or by first class mail with postage prepaid on the following:

*Via US Mail*

Louis Aaron Van Den Brande
7929 Whispering Woods Ln
North Richland Hills, TX 76182

Miranda Roxanne Van Den Brande
7929 Whispering Woods Ln
North Richland Hills, TX 76182

ACACIA GLASS LLC
2801 W EULESS BLVD
Euless, TX 76040

*Via CM / ECF / NEF*

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010
warren@norredlaw.com

Laurie Dahl Rea
300 Throckmorton Street, Ste 520
Fort Worth, TX 76102
trusteelaurierea@gmail.com

U.S. TRUSTEE
1100 Commerce Street,
Room 976
Dallas, TX 75202
ustpregion06.da.ecf@usdoj.gov

                                             */s/ Cathy Bush*
                                             4515 N. Santa Fe Ave.
                                             Oklahoma City OK 73118